UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | |
| § | CRIMINAL H-12-CR-386 |
| BOBBY LEE FERREL (001) § | |
| DAVID REINA III (002) § | |
| JERMAINE MELVIN DAVIS (003) § | |
| LANCE ELLIOTT DIXSON (004) | |
| ADRIAN CORINTH WILLIAMS (005) | |

## ORDER RESETTING SENTENCING

At the request of the Probation Office, the sentencing of the Defendant is hereby reset.

1. The Pre-Sentence Report (PSR) will be disclosed to counsel on ___January 10, 2013___.

2. Counsel will file objections or a statement or no objection within <u>14 days after disclosure</u>.

3. The Probation Office will submit the final PSR with an addendum <u>7 days before sentencing</u>.

4. The sentencing will be held: February 15, 2013 at 9:00 a.m.

Date: _____ at _____ AM  PM

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the __2__ day of __Nov_____, 2012, at Houston, Texas.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

[Copy: USPO Michele McCoy-Brown, USPO Shannon Yaege, USPO Valencia Fletcher, USPO Jesus Garcia and USPO Hugo Mejia]

United States Probation Office



Date: November 2, 2012

To: Ellen Alexander, Case Manager for Judge David Hittner

From: Michele G. McCoy-Brown, United States Probation Officer, at Ext. 5427

Subject: Request for Extension of Time–PSI Report

    4:12CR00386   USA v. **BOBBY LEE FERREL (001)**
                                **DAVID REINA III (002)**
                                **JERMAINE MELVIN DAVIS (003)**
                                **LANCE ELLIOTT DIXSON (004)**
                                **ADRIAN CORINTH WILLIAMS (005)**

The PSR disclosure date for Ferrel (001), Reina (002), Davis (003) and Dixson (004) is November 16, 2012; and the PSR disclosure date for Williams (005) is November 30, 2012. I request additional time to complete the PSR and request sentencing be reset because:

    _    The Government does not wish to release its file until after the disposition of the co-defendant's case.

    _    I had been unable to coordinate schedules with the defense attorney to interview the defendant.

    X    Further time is needed to review the Government's information and to interview the case agents.

    _    I have recently learned of something that may affect sentencing.

    _    Other:

I suggest    X  a new disclosure date of **January 10, 2013**.

                ☐ since fewer than five extra days are needed the date remain as set.

The sentencing dates  ☐ will not be needed to be reset. ☒ **will need to be reset**.

    X    35 days after the new disclosure date

    __   I suggest a new sentencing date

Requested:                                  Concur:

*[signature: Michele G. McCoy-Brown]*          *[signature]* _____for

Michele G. McCoy-Brown                     Michael A. Mellert, Assistant Deputy Chief
United States Probation Officer              United States Probation Officer